**Frank Ralph LAPENA, Petitioner–Appellant,**

v.

**Frankie Sue DEL PAPA; et al., Respondents–Appellees.**

No. 02–16573.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Frank Ralph LaPena, Reg. No. 28907, Indian Springs, NV, pro se.

Victor H. Schulze, NVAG–Nevada Attorney General's Office, Las Vegas, NV, for Respondent–Appellee.

Before: WARDLAW, BERZON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Nevada state prisoner, Frank Ralph LaPena, appeals pro se the district court's judgment dismissing his 28 U.S.C. § 2254 petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see Miles v. Prunty,* 187 F.3d 1104, 1105 (9th Cir.1999), and we reverse and remand.

LaPena contends that the district court improperly dismissed his section 2254 petition as untimely because the statute of

---

1. All pending motions are denied.
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

limitations was tolled pursuant to 28 U.S.C. § 2244(d)(2). The government concedes that LaPena's petition was timely filed because the district court failed to consider all of LaPena's state post-conviction petitions when tolling the statute of limitations.

Accordingly, we reverse and remand the district court's judgment for further proceedings.

**REVERSED AND REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.